# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0975
_____

TERESA LAMBERT,

    Appellant,

    v.

MIKE ROBERTS,

    Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Mark E. Feagle, Judge.


December 11, 2024

PER CURIAM.

AFFIRMED. *See J P Morgan Chase Bank v. Combee*, 883 So. 2d 330, 331–32 (Fla. 1st DCA 2004) ("Without an adequate record of the proceedings below, the appellate court cannot properly resolve factual issues to conclude the trial court's judgment is not supported by evidence or an alternate theory. Moreover, '[w]ithout knowing the factual context, neither can an appellate court reasonably conclude that the trial court so misconceived the law as to require reversal.' The trial court's decision 'could well be supported by evidence adduced at trial [or hearing] but not stated in the judge's order or otherwise apparent in the incomplete record on appeal.'" (quoting and citing *Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150, 1152 (Fla. 1979))).

KELSEY, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


David C. Braun, Appellate Counsel, Lake City, for Appellant.

Paul V. Smith, Appellate Counsel, Lake City, for Appellee.